UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Joel SOTO CEJA,<br><br>    Petitioner,<br><br>    v.<br><br>Kristi Noem, Secretary of U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Kika Scott, Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services; Loren Miller, Director of the USCIS Nebraska Service Center; John Doe, Field Office Director of the USCIS Vermont Service Center,<br><br>    Respondents. | Case No. 2:25-cv-00926<br><br>ORDER RE: EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL |

Petitioner, proceeding through counsel, has filed a Petition for Writ of Mandamus pursuant to 28 U.S.C. § 1361, together with an emergency request for stay of removal. The Government has not had an opportunity to respond. Petitioner is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center in Tacoma, Washington, and is scheduled for removal on May 20, 2025.

The Court, having reviewed these submissions, does hereby ORDER:

EMERGENCY MOTION FOR TEMPORARY
RESTRAINING ORDER
Page - 1

(1) In light of the immediacy of the harm to Petitioner before an opportunity for review of the case on the merits takes place, Petitioner's Motion for a Stay of Removal is GRANTED, and Petitioner's removal is STAYED until further order of the Court.

(2) Electronic posting of this Order and Petitioner's § 1361 mandamus petition shall effect service upon the United States Attorney of the Petition and all supporting documents, including the request for stay of removal. Service upon the United States Attorney is deemed to be service upon the named Respondent(s).

(3) Within 30 days of the date this Order is posted, Respondent(s) shall file a return and status report as provided in 28 U.S.C. § 2243, explaining why the Court should not grant Petitioner's petition. As part of such return, Respondent(s) shall submit a memorandum of authorities in support of their position and state whether an evidentiary hearing is necessary. Respondent(s) should also address whether the stay of removal should terminate at the end of this action or whether it should continue until a later date.

(4) In accordance with LCR 7(d), Respondent(s) shall note their return for consideration on the fourth Friday after it is filed. Petitioner may file and serve a response on or before the Monday immediately preceding the noting date, and Respondent(s) may file and serve a reply on or before the noting date.

Dated: May 15, 2025

*John H. Chun*
John H. Chun
United States District Judge

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**
**Page - 3**