UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL SOTO CEJA,<br><br>      Plaintiff,<br><br> v.<br><br>KRISTI NOEM, *et al.*,<br><br>      Defendants. | Case No. 2:25-cv-00926-JHC<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-918. Plaintiff filed a concurrent emergency motion for temporary restraining order and stay of removal. Pursuant to this Court's order, the motion was granted, and Plaintiff's removal was stayed pending further order of the Court. USCIS has adjudicated the application and this case is moot. Plaintiff anticipates seeking attorneys' fees and costs. Defendants will oppose this request.

//

//

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | LAW OFFICES OF CAROL L. EDWARD & ASSOCIATES, P.S.<br><br>s/ Martha Muldowney<br>MARTHA MULDOWNEY, WSBA# 52670<br>Law Offices of Carol L. Edward & Associates, P.S.<br>820 S. 2nd Street<br>Mount Vernon, Washington 98273<br>Phone: 360-336-0185<br>Email:  martha@seattle-immigration.com<br>*Attorneys for Plaintiff* |

*I certify that this memorandum contains 105 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 9th day of June, 2025.

                                                           JOHN H. CHUN
                                                          United States District Judge