UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

Joel SOTO CEJA,

                    Petitioner,

          v.

Kristi NOEM, et al.,

                    Respondents.

Case No.: 2:25-cv-00926-JHC

**ORDER**

        Before the Court is Petitioner's Motion for EAJA Fees and Costs.  Dkt. # 8.  The Court need not address the prevailing party issue, as the government argues persuasively that its positions were substantially justified.  Dkt. # 9 at 4-6.  Moreover, Petitioner did not reply to this argument despite having the opportunity to do so.  *See* LCR 7(b)(3).  Accordingly, the Court DENIES the motion.

Dated this 6th day of October, 2025.

John H. Chun
John H. Chun
United States District Judge

ORDER - 1
(Case No. 2:25-cv-00926-JHC)